# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

**EUVONDAS RENEE ROYSTER**                    **CASE NO:    19-42458**
                                              **CHAPTER:  13**
                                              **JUDGE:      TUCKER**

                    **DEBTOR(S)/**

### DEBTOR'S OBJECTION TO PROOF OF CLAIM
### OF MICHIGAN DEPARTMENT OF TREASURY (CLAIM #9)

 **NOW COME(S)** Debtor(s), by and through her attorney, BOC Law Group, P.C., and in support of her objection states the following:

1. Debtor filed Chapter 13 Bankruptcy on February 22, 2019.

2. On or about August 14, 2019, Creditor, Michigan Department of Treasury filed a proof of claim in the amount of $5,031.59 + 5.9% interest per annum. The same being claim number 9-1 on the claims register.

3. This objection is made pursuant to F.R.B.P. 3007.

4. Debtor objects to the filing of this Proof of Claim.  Debtor receives only social security/disability income and is not required to file taxes.

5. Debtor requests that this objection be granted pursuant to the terms of the attached Order.

 **WHEREFORE** Debtor prays this Honorable Court sustain her objection to the claim of Michigan Department of Treasury and for what further relief this Court deems equitable and just.


*/s/ William R. Orlow*
William R. Orlow (P41634)
Attorney for Debtor
24100 Woodward Avenue
Pleasant Ridge, Michigan 48069
248-584-2100
bocecf@boclaw.com

Dated:  March 29, 2021

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

**EUVONDAS RENEE ROYSTER**                    CASE NO:    19-42458
                                              CHAPTER:  13
                                              JUDGE:      TUCKER

_____**DEBTOR(S)/**

**ORDER GRANTING OBJECTION TO PROOF OF CLAIM**
**OF MICHIGAN DEPARTMENT OF TREASURY (CLAIM #9)**

This matter having come on for hearing before the Court by way of the objection of the Debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty-three (33) day notice pursuant to Bankruptcy Rule 3007, a hearing having been held, the Court having heard the matter in open Court and for the reason stated on the record;

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

The objection to the Proof of Claim filed by the above-referenced Creditor is hereby granted.  To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

**IT IS FURTHER ORDERED** as follows: *[Only provisions checked below apply]*

[XX] Claim #9 shall be reduced to $0.00, and the Trustee will cease disbursements to this creditor as a secured claim immediately.

Revised
12/1/2016

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re:                                                    **Chapter: 13Proceeding**
**EUVONDAS RENEE ROYSTER**

                                                          **Case No.:  19-42458**

_____**Debtor(s)**              **Judge: TUCKER**

Address:  17218 Stahelin, Detroit, MI 48219

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): xxx-xx-4816

**NOTICE OF OBJECTION TO CLAIM**

BOC Law Group, P.C. has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or disallowed.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to disallow or change your claim, then on or before May 6, 2021, you or your lawyer must:

1.      File with the court a written response to the objection, explaining your position, at:

**U.S. Bankruptcy Court**
211 West Fort Street
Detroit, MI 48226

        If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.  All attorneys are required to file pleadings electronically.

You must also send a copy to:

BOC Law Group, P.C.
24100 Woodward Avenue
Pleasant Ridge, MI 48069

2.      Attend the hearing on the objection, scheduled to be held on May 13, 2021, at 10:00a.m. in Courtroom 1925, United States Bankruptcy Court, 211 West Fort Street, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.  (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received.  A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

        **If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Date:  March 29, 2021                        /s/ William R. Orlow_____
                                             William R. Orlow (P41634)
                                             24100 Woodward Avenue
                                             Pleasant Ridge, MI 48069
                                             248-584-2100
                                             bocecf@boclaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

**EUVONDAS RENEE ROYSTER**                    **CASE NO:**   19-42458
                                                        **CHAPTER:**   13
                                                         **JUDGE:**     TUCKER

                     **DEBTOR(S)/**
_____

### CERTIFICATE OF SERVICE

      **Heather Tousignant** hereby certifies that on **March 29, 2021,** a copy of the **Objection to Proof of Claim of Michigan Department of Treasury, Proposed Order, Notice of Objection and Hearing and Certificate of Service**, was filed with the Clerk of the Court using the ECF System, which will send notification of such filing to the following:

**Tammy L. Terry**
**Chapter 13 Standing Trustee**
**535 Griswold, Suite 2100**
**Detroit, MI 48226**

**And via Regular U.S. Mail upon:**

**Michigan Department of Treasury**
**PO Box 30168**
**Lansing, MI 48909**

                                        */s/ Heather Tousignant*
                                        Heather Tousignant, Legal Assistant
                                        An Employee of BOC Law Group, P.C.
                                        24100 Woodward Avenue
                                        Pleasant Ridge, MI 48069
                                        248-584-2100
                                        htousignant@boclaw.com